1   Marc Van Der Hout (California Bar # 80778)
    Christine Brigagliano (California Bar # 107614)
2   Beth Feinberg (California Bar # 240857)
    Van Der Hout, Brigagliano & Nightingale, LLP
3   180 Sutter Street, Fifth Floor
    San Francisco, California 94104
4   Telephone: (415) 981-3000
    Facsimile: (415) 981-3003
5   Email: ndca@vblaw.com

6

7   Attorneys for Plaintiffs
    Babak Razavi
8   Melissa Gibson

9              UNITED STATES DISTRICT COURT FOR THE

10                NORTHERN DISTRICT OF CALIFORNIA

11                                                C 07 4750

12   Babak RAZAVI                              Case No. _____
     Melissa GIBSON
13                                                        JF        RS

14          Plaintiffs,                        Declaration of Christine
                                               Brigagliano in Support of
15              v.                             Petition for Writ of
                                               Mandamus
16   Frank SICILIANO, in his Official Capacity, Officer in
     Charge, U.S. Citizenship and Immigration Services,   Immigration Case, Administrative
17   U.S. Department of Homeland Security, San Jose,       Procedure Act Case
     California; Rosemary MELVILLE, in her Official
18   Capacity, District Director, U.S. Citizenship and     Agency No.: A96-383-889
     Immigration Services, U.S. Department of Homeland
19   Security, San Francisco, California; Emilio T.
     GONZALEZ, in his Official Capacity, Director, U.S.
20   Citizenship and Immigration Services, U.S.
     Department of Homeland Security; Michael
21   CHERTOFF, in his Official Capacity, Secretary, U.S.
     Department of Homeland Security; Alberto R.
22   GONZALES, in his Official Capacity, U.S. Attorney
     General, U.S. Department of Justice; and Robert S.
23   MUELLER, III, in his Official Capacity, Director,
     Federal Bureau of Investigation
24

25
        Defendants.
26

27

28

    Dec. of Christine Brigagliano                          No. _____

## DECLARATION OF CHRISTINE BRIGAGLIANO

I, Christine Brigagliano, hereby declare the following:

1. I am a partner at the law firm of Van Der Hout, Brigagliano and Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104. I have personal knowledge of this matter because Van Der Hout, Brigagliano & Nightingale, LLP currently represents Plaintiffs Babak Razavi ("Plaintiff Razavi") and Melissa Gibson ("Plaintiff Gibson") in relation to immigration matters. I make this declaration in support of Plaintiffs' Petition for Writ of Mandamus.

2. Plaintiff Razavi is a 34-year-old native and citizen of Iran. He first entered the United States on August 10, 1999 in F-1 status (as a student) to enroll in a Master's Degree Program in Electrical Engineering at Pennsylvania State University. He received his Master's Degree from that university in May 2001. A copy of Plaintiff Razavi's Certificate of Eligibility for Nonimmigrant Status for Academic and Language Students with an admission stamp and a copy of his degree from Pennsylvania State University are attached as Exhibit A.

3. After receiving his Master's Degree, Plaintiff Razavi was authorized to work for one year pursuant to Optional Practical Training. Subsequently an H-1B petition was approved on his behalf to work in this engineering field. On November 20, 2002, Plaintiff Razavi complied with the new federal law requiring citizens of Iran to appear for "Special Call-In Registration." A copy of Plaintiff Razavi's Employment Authorization document issued in 2001 and a copy of his I-797 Approval Notice for a Petition for a Nonimmigrant Worker (Form I-129), filed on Plaintiff Razavi's behalf by Actel Corporation (Plaintiff Razavi's employer since August 1, 2001), which evidences his compliance with the Special Call-in Registration, is attached as Exhibit B.

4.    On August 21, 2003, Plaintiff Razavi married Plaintiff Melissa Gibson, who is a United States citizen. They have two children: Julian James Razavi, who was born on September 29, 2004, and Lauren Soraya Razavi, who was born on February 17, 2007, both of whom are also United States citizens. A copy of Plaintiffs' State of Florida marriage record, Plaintiff Gibson's birth certificate, and Plaintiffs' children's birth certificates are attached as Exhibit C.

5.    In October 2003, Plaintiffs Razavi and Gibson sent a Petition for Alien Relative (Form I-130) ("I-130 visa petition") and an Application to Adjust Status (Form I-485) ("AOS application"), along with filing fees and supporting documentation, to the San Jose District Office of the U.S. Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"). Plaintiff Razavi's AOS application was based on the I-130 visa petition that his United States citizen wife, Plaintiff Gibson, concurrently filed on his behalf. A copy of the I-130/I-485 Processing Sheet, indicating that the application and petition were received by the agency on or about October 6, 2003, Plaintiff Razavi's AOS application, and Plaintiff Gibson's I-130 visa petition are attached as Exhibit D.

6.    On October 20, 2003, Plaintiff Razavi was granted employment and travel authorization pursuant to his AOS application. (He had previously been lawfully employed pursuant to a grant of Optional Practical Training after graduation from Penn State and an approved H-1B Petition.) Plaintiff Razavi has repeatedly had to pay fees to renew these authorizations since their original issuance. On October 21, 2003, USCIS records indicate that a Record of Lawful Permanent Residence (Form I-181) was created by DHS. Copies of these AOS employment and travel authorizations, and evidence that a Record of Lawful Permanent Residence was created, are attached as Exhibit E.

7. On December 30, 2003, the U.S. Department of Commerce Bureau of Industry and Security granted Actel Corporation an export license on Plaintiff Razavi's behalf permitting him to work in a sensitive technology field after concluding its background investigation. A copy of that export license is attached as Exhibit F.

· 8. On February 4, 2004, Plaintiffs Razavi and Gibson attended an interview at the USCIS San Jose District Office, which was conducted by Officer Possentini. The officer indicated that no further documentation was required and that the application would be adjudicated as soon as Plaintiff Razavi's name check was completed. The officer would typically have approved the I-130 at that time if satisfied that the marriage was bona fide. However, Plaintiffs have not received notice that the petition was approved. A copy of the Adjustment of Status Notice, dated February 4, 2004 and signed by Officer Possentini, which states that Plaintiff Razavi's AOS application was delayed pending the background check, is attached as Exhibit G.

9. Plaintiffs have made numerous inquiries as to the status of their I-130 visa petition and AOS application. On October 12, 2006, at Plaintiff Razavi's request, Senator Barbara Boxer's office sent a facsimile inquiry to the FBI regarding the status of Plaintiff Razavi's name check. On November 16, 2006, the FBI responded via email to Senator Boxer's office, stating that USCIS submitted a request for a name check for Plaintiff Razavi on October 20, 2003, but that Plaintiff Razavi's name check was still pending. At around the same time, the FBI similarly responded to a status inquiry by Representative Zoe Lofgren, again stating that the FBI name check was requested by USCIS on October 20, 2003, but was still pending in Plaintiff Razavi's case. A copy of the November 16, 2006 email from the FBI to Senator Boxer's office regarding the status of Plaintiff Razavi's name check, and a copy of the November 21, 2006 letter that

Plaintiff Razavi received from Representative Lofgren's office, regarding the FBI's response to their inquiry, is attached as Exhibit H.

10. On March 13, 2007, Plaintiff Razavi contacted USCIS to inquire as to the status of his Adjustment of Status application, which by then had been pending for over three and a half years. That same day, USCIS issued a response, stating that Plaintiff Razavi's application "has been delayed" pending the name check. On June 8, 2007, Plaintiff Razavi received another response from USCIS to a subsequent status inquiry, again stating that the processing of his application was delayed pending the name check. A copy of the USCIS' March 13, 2007 and June 8, 2007 responses to Plaintiff Razavi are attached as Exhibit I.

11. According to the USCIS website, as of August 15, 2007, the agency's processing timeframe for AOS applications, such as Plaintiff Razavi's, is six months. A computer printout of the USCIS San Jose, California Processing Dates is attached as Exhibit J.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge. Executed this 14th day of September 2007 at San Francisco, California.

Christine Brigagliano

U.S. Department of Justice — Case 5:07-cv-04750-JF   Document 2   Filed 09/14/2007   Page 6 of 40   OMB No. 1115-0051
Immigration and Naturalization Service
Certificate of Eligibility for Nonimmigrant (...) Student Status - For Academic and Language Students
Please Read Instructions on Page 2

Page 3

This page must be completed and signed in the U.S. by a designated school official.

**1.**

| Family Name (surname) | | For Immigration Official Use |
|---|---|---|
| RAZAVI | | 040 FRI-109 |

First (given) name (do not enter middle name)
Babak

| Country of birth | Date of birth (mo./day/year) |
|---|---|
| Iran | 02/14/73 |

| Country of citizenship | Admission number (Complete if known) |
|---|---|
| Iran | 242856 P3707 |

For Immigration Official Use:
AUG 1 0 1999
ADMITTED
UNTIL (CLASS)

| Visa issuing post | Date Visa issued |
|---|---|
| NICOSIA | 29 Jl/99 |

**2.** School (school district) name
The Pennsylvania State University

School official to be notified of student's arrival in U.S. (Name and Title)
James F. Lynch, Jr., Director, International Students and Scholars

School address (include zip code)
222 Boucke Building, University Park, PA 16802

School code (including 3-digit suffix, if any) and approval date
PHI 214F 0579.001 approved on 10/25/50

Reinstated, extension granted to:

**3.** This certificate is issued to the student named above for:
(Check and fill out as appropriate)
a. ☒ Initial attendance at this school
b. ☐ Continued attendance at this school
c. ☐ School transfer.
Transferred from _____
d. ☐ Use by dependents for entering the United States.
e. ☐ Other _____

**4.** Level of education the student is pursuing or will pursue in the United States:
(check only one)
a. ☐ Primary   e. ☒ Master's
b. ☐ Secondary   f. ☐ Doctorate
c. ☐ Associate   g. ☐ Language training
d. ☐ Bachelor's   h. ☐ Other

**5.** The student named above has been accepted for a full course of study at this school, majoring in Electrical Engineering

The student is expected to report to the school no later than (date) 08/11/1999 and complete studies not later than (date) 08/31/2001
The normal length of study is 2 years

**6.** ☒ English proficiency is required:
☒ The student has the required English proficiency
☐ The student is not yet proficient, English instructions will be given at the school.
☐ English proficiency is not required because _____

**7.** This school estimates the student's average costs for an academic term of 12 (up to 12) months to be:
a. Tuition and fees $ 11,320 (Fall & Spring)+
b. Living expenses $ 11,700 (including books)
c. Expenses of dependents $ *
d. Other(specify): $ 694 (medical insurance)
Total $ 23,714

**8.** This school has information showing the following as the students means of support, estimated for an academic term of 12 months (Use the same number of months given in item 7).
a. Student's personal funds $ _____
b. Funds from this school $ ** _____
(specify type)
c. Funds from another source $ 23,714
(specify type and source) Family in Iran
d. On-campus employment (if any) $ _____
Total $ 23,714

**9.** Remarks: +Unless initial enrollment is for Summer Term, summer registration is optional; estimated tuition and books: $2,828.
* I-20 issued for student only; NO dependents.
** NO University funding is offered or implied.

**10.** School Certification: I certify under penalty of perjury that all information provided above in items 1 through 8 was completed before I signed this form and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school; the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and I am authorized to issue this form.

| | Barbara Rayman | Asst. to Dean/FSA | 03/01/1999 | University Park, PA 16802 |
|---|---|---|---|---|
| Signature of designated school official | Name of school official (print or type) | Title | Date issued | Place issued (city and state) |

**11.** Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on page 1 of this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status.

| | Babak | RAZAVI | | |
|---|---|---|---|---|
| Signature of student | Name of student | | | Date |

| Signature of parent or guardian if student is under 18 | Name of parent/guardian (Print or type) | Address(city) | (State or province) | (Country) (Date) |
|---|---|---|---|---|

EXHIBIT A

For official use only
Microfilm Index Number



IF YOU NEED MORE INFORMATION CONCER F-1 NONIMMIGRANT STUDENT STATUS AND THE R IMGT N PROCEDURES, PLEASE CONTACT EITHER YOUR FOREIGN STUDENT ADVISOR ON CAMPUS OR A NEARBY IMMIGRATION AND NATURAL TION SER E OFFICE.

THIS PAGE, WHEN PROPERLY ENDORSED, MAY BE USED FOR ENTRY OF THE SPOUSE AND CHILDREN OF AN F-1 STUDENT FOLLOWING TO JOIN THE STUDENT IN THE UNITED STATES OR FOR REENTRY OF THE STUDENT TO ATTEND THE SAME SCHOOL AFTER A TEMPORARY ABSENCE FROM THE UNITED STATES.

For reentry of the student and/or the F-2 dependents (EACH CERTIFICATION SIGNATURE IS VALID FOR ONLY ONE YEAR.)

| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
|---|---|---|---|
| [signature] | Barbara Rayman, Assist. to the Dean & FSA | | February 12, 2001 |
| [signature] | Barbara Rayman, Assist. to the Dean & FSA | | 7/10/01 |
| | | | |
| | | | |
| | | | |
| | | | |

Dependent spouse and children of the F-1 student who are seeking entry/reentry to the U.S.

| Name family (caps) first | Date of birth | Country of birth | Relationship to the F-1 student |
|---|---|---|---|
| XXXXXXXXXXXXXXXX XXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXX | XXXXXXXXXX |
| XXXXXXXXXXXXXXXX XXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXX | XXXXXXXXXX |
| XXXXXXXXXXXXXXXX XXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXX | XXXXXXXXXX |
| XXXXXXXXXXXXXXXX XXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXX | XXXXXXXXXX |
| XXXXXXXXXXXXXXXX XXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXX | XXXXXXXXXX |
| XXXXXXXXXXXXXXXX XXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXX | XXXXXXXXXX |
| XXXXXXXXXXXXXXXX XXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXX | XXXXXXXXXX |
| XXXXXXXXXXXXXXXX XXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXX | XXXXXXXXXX |

**Student Employment Authorization and other Records**

Full-time optional practical training in the field of Electrical Engineering is recommended for Babak Razavi for a period of 12 months from May 15, 2001 to May 14, 2002.

[signature]

Barbara Rayman, Assist. to the Dean & FSA, February 12, 2001

# The Pennsylvania State University

By Authority of the Board of Trustees and
Upon Recommendation of the Faculty, Hereby Confers Upon

## Babak Razavi

the Degree of

## Master of Science

In recognition of the completion of advanced study in

## Electrical Engineering

In Testimony Whereof the Undersigned Have Subscribed Their Names
and Affixed the Seal of the University this month of May, 2001.

Edward P. Junker III
President of the
Board of Trustees

Graham B. Spanier
President of the University

Executive Vice President
and Provost of the University

Dean of the Graduate School



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I129 |
|---|---|---|
| WAC-01-253-51659 | | PETITION FOR A NONIMMIGRANT WORKER |
| RECEIPT DATE | PRIORITY DATE | PETITIONER |
| August 9, 2001 | | ACTEL CORP |
| NOTICE DATE | PAGE | BENEFICIARY |
| September 17, 2001 | 1 of 1 | RAZAVI, BABAK |

| | |
|---|---|
| FRANCES S. DELAFUENTE<br>JACKSON/LEWIS<br>RE: BABAK RAZAVI<br>200 S BISCAYNE BLVD STE 2600<br>MIAMI FL 33131 | Notice Type: Approval Notice<br>Class: H1B1<br>Valid from 10/01/2001 to 09/30/2004 |

The above petition and change of status have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted a change of status who leaves the U.S. must normally obtain a visa in the new classification before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (949) 831 8427
Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE.

---

Detach This Half for Personal Records

Receipt # WAC-01-253-51659

I-94# 242856837 07

NAME RAZAVI, BABAK

CLASS H1B1

VALID FROM 10/01/2001 UNTIL 09/30/2004

PETITIONER: ACTEL CORP
955 E ARQUES AVE
SUNNYVALE CA 94086

---

242856837 07

Receipt Number WAC-01-253-51659
Immigration and
Naturalization Service

I-94
Departure Record      Petitioner: ACTEL CORP

| 14. Family Name | | |
|---|---|---|
| RAZAVI | | |
| 15. First (Given) Name | | 16. Date of Birth |
| BABAK | | 02/14/197 |
| 17. Country of Citizenship | | |
| IRAN | | |

Department of Health • Vital Statistics
STATE OF FLORIDA
MARRIAGE RECORD
TYPE IN UPPER CASE
USE BLACK INK
This license not valid unless seal of Clerk,
Circuit or County Court, appears thereon.

(STATE FILE NUMBER)

IRAN

1037474

03-361119 AUG-26-2003 10:46AM
PINELLAS CO   BK 13015 PG 1013
mDK

(APPLICATION NUMBER)

## APPLICATION TO MARRY

| | | | | |
|---|---|---|---|---|
| . GROOM'S NAME (First, Middle, Last) | | | | 2. DATE OF BIRTH (Month, Day, Year) |
| BABAK  RAZAVI | | | | 02/14/1973 |
| a. RESIDENCE - CITY, TOWN OR LOCATION | 3b. COUNTY | 3c. STATE | | 4. BIRTHPLACE (State or Foreign Country) |
| SAN JOSE | SANTA CLARA | CA | | IRAN |
| a. BRIDE'S NAME (First, Middle, Last) | | 5b. MAIDEN SURNAME (If different) | | 6. DATE OF BIRTH (Month, Day, Year) |
| MELISSA CHRISTINE GIBSON | | | | 05/25/1970 |
| a. RESIDENCE - CITY, TOWN, OR LOCATION | 7b. COUNTY | 7c. STATE | | 8. BIRTHPLACE (State or Foreign Country) |
| SAN JOSE | SANTA CLARA | CA | | TEXAS |

WE THE APPLICANTS NAMED IN THIS CERTIFICATE, EACH FOR HIMSELF OR HERSELF, STATE THAT THE INFORMATION PROVIDED
ON THIS RECORD IS CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE
NOR THE ISSUANCE OF A LICENSE TO AUTHORIZE THE SAME IS KNOWN TO US AND HEREBY APPLY FOR LICENSE TO MARRY.

9. SIGNATURE OF GROOM (Sign full name using black ink)

10. SUBSCRIBED AND SWORN TO BEFORE ME ON (DATE)
08/18/2003

11. TITLE OF OFFICIAL
DEPUTY CLERK

12. SIGNATURE OF OFFICIAL (Use black ink)

SEAL

13. SIGNATURE OF BRIDE (Sign full name using black ink)

14. SUBSCRIBED AND SWORN TO BEFORE ME ON (DATE)
08/18/2003

15. TITLE OF OFFICIAL
DEPUTY CLERK

16. SIGNATURE OF OFFICIAL (Use black ink)

## LICENSE TO MARRY

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF FLORIDA TO PERFORM
A MARRIAGE CEREMONY WITHIN THE STATE OF FLORIDA AND TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. THIS LICENSE MUST
BE USED ON OR AFTER THE EFFECTIVE DATE AND ON OR BEFORE THE EXPIRATION DATE IN THE STATE OF FLORIDA IN ORDER TO BE RECORDED AND VALID.

| 17. COUNTY ISSUING LICENSE | 18. DATE LICENSE ISSUED | 18a. DATE LICENSE EFFECTIVE | 19. EXPIRATION DATE |
|---|---|---|---|
| PINELLAS | 08/18/2003 | 08/18/2003 | 10/17/2003 |
| 20a. SIGNATURE OF COURT CLERK OR JUDGE | | 20b. TITLE | 20c. BY D.C. |
| | | CLERK OF CIRCUIT COURT | |

## CERTIFICATE OF MARRIAGE

I HEREBY CERTIFY THAT THE ABOVE NAMED GROOM AND BRIDE WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF FLORIDA.

| 21. DATE OF MARRIAGE (Month, Day, Year) | 22. CITY, TOWN, OR LOCATION OF MARRIAGE |
|---|---|
| 8/21/03 | DonCesar Beach Resort |
| | 3400 Gulf Blvd. St. Pete Beach, FL 33706 |
| 23a. SIGNATURE OF PERSON PERFORMING CEREMONY (Use black ink) | 23c. ADDRESS (Of person performing ceremony) |
| | 870 27th Avenue N. |
| | St. Petersburg, FL 33704 |
| 23b. NAME AND TITLE OF PERSON PERFORMING CEREMONY | 24. SIGNATURE OF WITNESS TO CEREMONY (Use black ink) |
| (Or notary stamp) JOHNNE BARTHOLOMEW | |
| MY COMMISSION #DD173563 | 25. SIGNATURE OF WITNESS TO CEREMONY (Use black ink) |
| EXPIRES: DEC 22, 2006 | |
| Bonded through Advantage Notary | |



STATE OF FLORIDA - PINELLAS COUNTY
I hereby certify that the foregoing is
a true copy as the same appears among
the files and records of this court.
This ____ day of _____, 20 03
KARLEEN F. De BLAKER
Clerk of Circuit Court
By: _____
Deputy Clerk

EXHIBIT C



**STATE OF TEXAS**

TEXAS DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS

FILE NO. 088228-70

NAME: MELISSA CHRISTINE GIBSON

DATE OF BIRTH: 05-25-70

SEX: FEMALE

PLACE OF BIRTH: DALLAS COUNTY, TEXAS

FATHER: LAVELLE ROGER GIBSON

MOTHER: SHARON ANN NEILL

DATE FILED: 07-09-70

DATE ISSUED: 06-24-86

This is a true certification of name and birth facts
as recorded in this office. Issued under authority of
Rule 54a, Article 4477, Revised Civil Statures of Texas.

W. D. CARROL
STATE REGISTRAR

**CERTIFICATION OF BIRTH**

TEXAS DEPARTMENT OF HEALTH




# COUNTY of SANTA CLARA

### PUBLIC HEALTH DEPARTMENT
### VITAL RECORDS AND REGISTRATION
645 SOUTH BASCOM AVENUE, SAN JOSE, CALIFORNIA 95128

## CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA
USE BLACK INK ONLY

1200443022576
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

STATE FILE NUMBER

| | | | | | |
|---|---|---|---|---|---|
| **THIS CHILD** | 1A. NAME OF CHILD — FIRST (GIVEN)<br>JULIAN | 1B. MIDDLE<br>JAMES | | 1C. LAST (FAMILY)<br>RAZAVI | |
| | 2. SEX<br>MALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC.<br>SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC.<br>— | 4A. DATE OF BIRTH — MM/DD/CCYY<br>09/29/2004 | 4B. HOUR — (24 HOUR CLOCK TIME)<br>1949 |
| **PLACE OF BIRTH** | 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY<br>GOOD SAMARITAN HOSPITAL | | 5B. STREET ADDRESS — STREET, NUMBER, OR LOCATION<br>2425 SAMARITAN DR. | | |
| | 5C. CITY<br>SAN JOSE | | 5D. COUNTY<br>SANTA CLARA | 5E. PLANNED PLACE OF BIRTH<br>HOSPITAL | |
| **FATHER OF CHILD** | 6A. NAME OF FATHER — FIRST (GIVEN)<br>BABAK | 6B. MIDDLE<br>— | 6C. LAST (FAMILY)<br>RAZAVI | 7. STATE OF BIRTH<br>IRAN | 8. DATE OF BIRTH<br>02/14/1973 |
| **MOTHER OF CHILD** | 9A. NAME OF MOTHER — FIRST (GIVEN)<br>MELISSA | 9B. MIDDLE<br>CHRISTINE | 9C. LAST (MAIDEN)<br>GIBSON | 10. STATE OF BIRTH<br>TX | 11. DATE OF BIRTH<br>05/25/1970 |
| **INFORMANT CERTIFICATION** | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT — SIGNATURE | | 12B. RELATIONSHIP TO CHILD<br>Mother | 12C. DATE SIGNED<br>10/01/2004 |
| **CERTIFICATION OF BIRTH** | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR AND PLACE STATED. | 13A. ATTENDANT OR CERTIFIER — SIGNATURE — DEGREE OR TITLE | | 13B. LICENSE NUMBER<br>G46798 | 13C. DATE SIGNED<br>10/01/2004 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT<br>ZENA LEVINE, MD, 14911 NATIONAL AVE #4, LOS GATOS | | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT<br>L CHAMPLIN, BIRTH RECORDER | |
| **LOCAL REGISTRAR** | 15A. DATE OF DEATH | 15B. STATE FILE NO. (STATE USE ONLY) | 16. LOCAL REGISTRAR — SIGNATURE<br>MARTIN D. FENSTERSHEIB, M.D. | | 17. DATE ACCEPTED FOR REGISTRATION<br>10/05/2004 |

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF SANTA CLARA } SS    DATE ISSUED NOV 1 2 2004
By

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, DEPARTMENT OF PUBLIC HEALTH.



*H1833284*

MARTIN D. FENSTERSHEIB
HEALTH OFFICER AND LOCAL REGISTRAR
OF BIRTHS AND DEATHS

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE






# COUNTY of SANTA CLARA

PUBLIC HEALTH DEPARTMENT

VITAL RECORDS AND REGISTRATION

645 SOUTH BASCOM AVENUE, SAN JOSE, CALIFORNIA 95128

## CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA
### USE BLACK INK ONLY

1200743003774

| STATE FILE NUMBER | | | | | | LOCAL REGISTRATION NUMBER | |
|---|---|---|---|---|---|---|---|

| | 1A. NAME OF CHILD - FIRST | | | 1B. MIDDLE | | 1C. LAST | |
|---|---|---|---|---|---|---|---|
| THIS CHILD | LAUREN | | | SORAYA | | RAZAVI | |
| | 2. SEX | 3A. THIS BIRTH, SINGLE, TWIN, ETC. | | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH - MM/DD/CCYY | | 4B. HOUR - 24 HOUR CLOCK TIME |
| | FEMALE | SINGLE | | - | 02/16/2007 | | 0952 |

| | 5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY | | | 5B. STREET ADDRESS - STREET AND NUMBER, OR LOCATION | |
|---|---|---|---|---|---|
| PLACE OF BIRTH | GOOD SAMARITAN HOSPITAL | | | 2425 SAMARITAN DR. | |
| | 5C. CITY | | | 5D. COUNTY | |
| | SAN JOSE | | | SANTA CLARA | |

| | 6A. NAME OF FATHER/PARENT - FIRST | 6B. MIDDLE | 6C. LAST | 7. BIRTHPLACE - STATE/COUNTRY | 8. DATE OF BIRTH - MM/DD/CCYY |
|---|---|---|---|---|---|
| FATHER/PARENT | BABAK | - | RAZAVI | IRAN | 02/14/1973 |
| MOTHER/PARENT | 9A. NAME OF MOTHER/PARENT - FIRST | 9B. MIDDLE | 9C. LAST - BIRTH NAME | 10. BIRTHPLACE - STATE/COUNTRY | 11. DATE OF BIRTH - MM/DD/CCYY |
| | MELISSA | CHRISTINE | GIBSON | TX | 05/25/1970 |

| | | 12A. PARENT OR OTHER INFORMANT - SIGNATURE | 12B. RELATIONSHIP TO CHILD | 12C. DATE SIGNED - MM/DD/CCYY |
|---|---|---|---|---|
| INFORMANT AND BIRTH CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | | Father | 02/19/2007 |
| | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED. | 13A. ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE | 13B. LICENSE NUMBER G46798 | 13C. DATE SIGNED - MM/DD/CCYY 02/19/2007 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT | |
| | ZENA LEVINE,MD,14911 NATIONAL AVE #4,LOS GATOS | | L. CHAMPLIN,BIRTH RECORDER | |

| LOCAL REGISTRAR | 15A. DATE OF DEATH - MM/DD/CCYY | 15B. STATE FILE NO. - STATE USE ONLY | 16. LOCAL REGISTRAR - SIGNATURE | 17. DATE ACCEPTED FOR REGISTRATION - MM/DD/CCYY |
|---|---|---|---|---|
| | | | MARTIN D. FENSTERSHEIB, M.D. | 02/24/2007 |

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF SANTA CLARA    } SS    DATE ISSUED    APR 05 2007
By



*H02114455*

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, DEPARTMENT OF PUBLIC HEALTH.

Martin D. Fenstersheib MD

MARTIN D. FENSTERSHEIB
HEALTH OFFICER AND LOCAL REGISTRAR
OF BIRTHS AND DEATHS

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE





**United States Department of Justice**
Immigration and Naturalization Service

1887 Monterey Road, San Jose, CA 95112 | Processing Sheet

**Application or Petition  Form No.:**   I-130 / 485 | **File No.: A**  _96 383 889_

10/06/03

BABAK RAZAVI

C/O FRANCES DE LA FUENTE, ESQ./J.LEWIS LLP

**DM/**

*TWO S. BISCAYNE BLVD.  # 3500*

*MIAMI, FL 33131*

*YOU MUST BRING VALID PHOTO IDENTIFICATION TO THIS APPOINTMENT*

---

*FOR INS USE ONLY:*

☒*Your application for status as permanent resident has been received.  Please retain your receipts as proof of filing your application.  The normal processing time for application for status as permanent resident is approximately 6-8 months.  You will be notified when further action is taken in your case.*

☒ *Your application for employment authorization has been granted.  Please report to this office on the first floor Waiting Room EAD counter on*

*10/20/03 at  8:00AM*

☒ *Your application for Travel Document has been approved.  Please report to this office on the 2nd floor, Room 200  and drop this notice at the Box # 1 on*

*10/20/03 at  9:00AM*

*Do not depart the United States while your application is pending without INS permission. Doing so will constitute the abandonment of your application.*

---

*TRAVEL DOCUMENT ☒GRANTED ☐DENIED*   .

*SNJ Adjustment Unit*

Form I-468

TO BE SUBMITTED WITH ADJUSTMENT OF STATUS APPLICATION

(SNJ/jb/8-22-01)

**EXHIBIT** *D*

OMB No. 1115-0053

Application to Register Permanent Residence or Adjust Status

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name  RAZAVI | Given Name  Babak | Middle Initial |

Address - C/O
Frances S. Delafuente, Esq.; Jackson Lewis LLP

| | |
|---|---|
| Street Number and Name   One Biscayne Tower; Two S. Biscayne Blvd. | Apt. #  3500 |

City
Miami

| | |
|---|---|
| State  FL | Zip Code  33131 |

| | |
|---|---|
| Date of Birth (month/day/year) 02-14-1973 | Country of Birth  Iran |

| | |
|---|---|
| Social Security # 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 | A # (if any)  135-033-884 |

| | |
|---|---|
| Date of Last Arrival (month/day/year)  8/10/1999 | I-94 #  242 856 837 07 |

| | |
|---|---|
| Current INS Status   H1B | Expires on (month/day/year) 9/30/2004 |

### Part 2. Application Type.    (Check one)

I am applying for adjustment to permanent resident status because

a. ☒  an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice– or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐  My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐  I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐  I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐  I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐  I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐  I have continuously resided in the U.S. since before January 1, 1972.

h. ☐  Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:    (Check one)

i. ☐  I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐  I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

*Continued on back.*

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |
| Resubmitted | |
| | |
| Reloc Sent | |
| | |
| Reloc Rec'd | |
| | |
| ☐ Applicant Interviewed | |

Section of Law
☐  Sec. 209(b), INA
☐  Sec. 13, Act of 9/11/57
☐  Sec. 245, INA
☐  Sec. 249, INA
☐  Sec. 1 Act of 11/2/66
☐  Sec. 2 Act of 11/2/66
☐  Other

Country Chargeable

Eligibility Under Sec. 245
☐  Approved Visa Petition
☐  Dependent of Principal Alien
☐  Special Immigrant
☐  Other

Preference

Action Block

## Part 3. Processing Information

| | |
|---|---|
| A. City/Town/Village of Birth  Tehran | Current occupation  Applications Engineer |
| Your mother's first name  Forougholsadat | Your father's first name  Seyed Masoud |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

Razavi, Babak

| | |
|---|---|
| Place of last entry into the U.S. (City/State)  Philadelphia (PHL) | In what status did you last enter?  *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
| Were you inspected by a U.S. Immigration Officer?  ☒ Yes  ☐ No | F-1 (student) |
| Nonimmigrant Visa Number 1999 168 919 0007 | Consulate where Visa was issued Nicosia |
| Date Visa was issued (month/day/year)  07/29/1999    Sex: ☒ Male ☐ Female | Marital Status  ☒ Married  ☐ Single ☐ Divorced ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.?    ☒ No    ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

B. List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name  GIBSON | Given Name Melissa | Middle Initial  Chrisline | Date of Birth (month/day/year) 5/25/1970 |
|---|---|---|---|
| Country of Birth  United States | Relationship  Wife | A # N/A | Applying with you? ☐ Yes ☒ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

NONE

## Part 3. Processing Information   *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?   ☐Yes ☒No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?   ☐Yes ☒No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?   ☐Yes ☒No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?   ☐Yes ☒No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?   ☐Yes ☒No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?   ☐Yes ☒No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?   ☐Yes ☒No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?   ☐Yes ☒No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?   ☐Yes ☒No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?   ☐Yes ☒No

5. Do you intend to engage in the U.S. in:
   a. espionage?   ☐Yes ☒No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?   ☐Yes ☒No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?   ☐Yes ☒No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?   ☐Yes ☒No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?   ☐Yes ☒No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?   ☐Yes ☒No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?   ☐Yes ☒No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?   ☐Yes ☒No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?   ☐Yes ☒No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?   ☐Yes ☒No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?   ☐Yes ☒No

14. Do you plan to practice polygamy in the U.S.?   ☐Yes ☒No

Continued on back   Form I-485 (Rev. 02/07/00)N Page 3

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| *Signature* | *Print Your Name* | *Date* | *Daytime Phone Number* |
|---|---|---|---|
| | Babak RAZAVI | 09/16/2003 | 408-921-8430 |

*Please Note:* *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5. Signature of person preparing form if other than above.**    *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| *Signature* | *Print Your Name* | *Date* | *Daytime Phone Number* |
|---|---|---|---|
| | Frances S. Delafuente | | 305-577-7600 |

*Firm Name* Jackson Lewis LLP
*and Address* Two S. Biscayne Blvd., 3500 Miami FL 33131 USA                     Fax No: 305-373-4466

| (Family name) | (First name) | Middle name) | ☒ MALE | BIRTHDATE (Mo.-Day-Yr.) | NALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| RAZAVI | Babak | | ☐ FEMALE | 02-14-1973 | Iranian | A- 135-033-884 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. |
|---|---|---|
| None | Tehran, Iran | (If any) 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (if known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|---|---|
| FATHER | Razavi, | Seyed Masoud | 12/11/1943; Tabriz, Iran | Tehran, Iran |
| MOTHER (Maiden name) | Khosrowshahi, | Forougholsadat | 03/21/1950; Tabriz, Iran | Tehran, Iran |

| HUSBAND (If none, so state)  FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|
| OR WIFE  GIBSON | Melissa | 05/25/1970 | Dallas, United States | 8/21/2003 | Florida |

| FORMER HUSBANDS OR WIVES (if none, so state)  FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 4660 Hampton Falls Place | San Jose | California | USA | Aug. | 2003 | PRESENT | TIME |
| 806 Rue Montagne | Campbell | California | USA | Aug | 2001 | Aug. | 2003 |
| 6980 E. Sahuaro Dr., #2059 | Scottsdale | Arizona | USA | June | 2001 | July | 2001 |
| 455 Waupelani Dr., #L20 | State College | Pennsylvania | USA | July | 2000 | May | 2001 |
| 600 E. Pollock Road, #2201 | Univ. Park | Pennsylvania | USA | August | 1999 | June | 2000 |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREETAND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| #29, 7th Golestan Pasdaran St. | Tehran | | Iran | Sept. | 1992 | Aug. | 1999 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| ACTEL CORP. 2061 Stierlin Ct. Mountain View California 94043 | Application Eng. | Aug. | 2001 | PRESENT | TIME |
| Pennsylvania State University, 187 Materials Research Lab., Univ. | Research Assist. | Aug | 1999 | May | 2001 |
| Farasanat Basamad Co. #4, 18 St., Khaled Slamboli Ave., Tehran | R&D Engineer | Jan | 1998 | Aug. | 1999 |
| | | | | | |
| | | | | | |

| Show below last occupation abroad if not shown above. (Include all information requested above.) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:  ☐ NATURALIZATION   ☒ STATUS AS PERMANENT RESIDENT   ☐ OTHER (SPECIFY): | SIGNATURE OF APPLICANT | DATE  09/16/2003 |
|---|---|---|

| Submit all four pages of this form. | If your native alphabet is other than roman letters, write your name in your native alphabet here:  بابک رضوی |
|---|---|

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## APPLICANT:

BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| RAZAVI | Babak | | 135-033-884 |



(1) Ident.

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066
**BIOGRAPHIC INFORMATION**

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 02-14-1973 | NATIONALITY Iranian | FILE NUMBER A- 135-033-884 |
|---|---|---|---|---|---|---|
| RAZAVI | Babak | | | | | |

| ALL OTHER NAMES USED (Including names by previous marriages) None | CITY AND COUNTRY OF BIRTH Tehran, Iran | SOCIAL SECURITY NO. (If any) 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 |
|---|---|---|

|  | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | Razavi, | Seyed Masoud | 12/11/1943; Tabriz, Iran | Tehran, Iran |
| MOTHER (Maiden name) | Khosrowshahi, | Forougholsadat | 03/21/1950; Tabriz, Iran | Tehran, Iran |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | GIBSON | Melissa | 05/25/1970 | Dallas, United States | 8/21/2003 | Florida |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 4660 Hampton Falls Place | San Jose | California | USA | Aug. | 2003 | PRESENT TIME | |
| 806 Rue Montagne | Campbell | California | USA | Aug | 2001 | Aug. | 2003 |
| 6980 E. Sahuaro Dr., #2059 | Scottsdale | Arizona | USA | June | 2001 | July | 2001 |
| 455 Waupelani Dr., #L20 | State College | Pennsylvania | USA | July | 2000 | May | 2001 |
| 600 E. Pollock Road, #2201 | Univ. Park | Pennsylvania | USA | August | 1999 | June | 2000 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| #29, 7th Golestan Pasdaran St. | Tehran | | Iran | Sept. | 1992 | Aug. | 1999 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| ACTEL CORP. 2061 Stierlin Ct. Mountain View California 94043 | Application Eng. | Aug. | 2001 | PRESENT TIME | |
| Pennsylvania State University. 187 Materials Research Lab., Univ. | Research Assist. | Aug | 1999 | May | 2001 |
| Farasanat Basamad Co. #4, 18 St., Khaled Slamboli Ave., Tehran | R&D Engineer | Jan | 1998 | Aug. | 1999 |

| Show below last occupation abroad if not shown above. (Include all information requested above.) |
|---|
| |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION ☒ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY): | SIGNATURE OF APPLICANT | DATE 09/16/2003 |
|---|---|---|

| Submit all four pages of this form. | If your native alphabet is other than roman letters, write your name in your native alphabet here: بابک رضوی |
|---|---|

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:

BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN
THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| RAZAVI | Babak | | 135-033-884 |

| (OTHER AGENCY USE) | INS USE (Office of Origin) OFFICE CODE: TYPE OF CASE: DATE: |
|---|---|

Form G-325A (Rev. 09/11/00) Y Page 2

| DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY | | |
|---|---|---|
| A# | Action Stamp | Fee Stamp |

**Section of Law/Visa Category**
- [ ] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A)Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

Petition was filed on: _____ (priority date)
- [ ] Personal Interview         [ ] Previously Forwarded
- [ ] Pet. [ ] Ben. " A" File Reviewed   [ ] I-485 Filed Simultaneously
- [ ] Field Investigation        [ ] 204(g) Resolved
- [ ] 203(a)(2)(A) Resolved      [ ] 203(g) Resolved

**Remarks:**

## A. Relationship   You are the petitioner; your relative is the beneficiary.

**1. I am filing this petition for my:**
[x] Husband/Wife   [ ] Parent   [ ] Brother/Sister   [ ] Child

**2. Are you related by adoption?**
[x] No   [ ] Yes

**3. Did you gain permanent residence through adoption?**
[ ] Yes   [x] No

| B. Information about you | C. Information about your relative |
|---|---|

**1. Name (Family name in CAPS)   (First)   (Middle)**
GIBSON   Melissa   Christine

**1. Name (Family name in CAPS)   (First)   (Middle)**
RAZAVI   Babak

**2. Address (Number and Street)   (Apt.No.)**
4660 Hampton Falls Place

**2. Address (Number and Street)   (Apt. No.)**
4660 Hampton Falls Place

(Town or City)   (State/Country)   (Zip/Postal Code)
San Jose   California/U.S.A.   95136

(Town or City)   (State/Country)   (Zip/Postal Code)
San Jose   CA U.S.A   95136

**3. Place of Birth (Town or City)   (State/Country)**
Dallas   Texas/United States

**3. Place of Birth (Town or City)   (State/Country)**
Tehran   Iran

**4. Date of Birth (Month/Day/Year)**
05/25/1970

**5. Gender**
[ ] Male   [x] Female

**6. Marital Status**
[x] Married   [ ] Single   [ ] Widowed   [ ] Divorced

**4. Date of Birth (Month/Day/Year)**
02/14/1973

**5. Gender**
[x] Male   [ ] Female

**6. Marital Status**
[x] Married   [ ] Single   [ ] Widowed   [ ] Divorced

**7. Other Names Used (including maiden name)**
None

**7. Other Names Used (i...**
None

**8. Date and Place of Present Marriage (if married)**
8/21/2003; Florida

**8. Date and Place of Pr...**
8/21/2003; Florida

**9. Social Security Number (if any)**
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

**10. Alien Registration Number**
N/A

**9. Social Security Num...**
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

**11. Name(s) of Prior Husband(s)/Wive(s)**
None

**12. Date(s) Marriage(s) Ended**
N/A

**11. Name(s) of Prior H...**
None

**13. If you are a U.S. citizen, complete the following:**
My citizenship was acquired through (check one):
[x] Birth in the U.S.
[ ] Naturalization. Give certificate number and date and place of issuance.

[ ] Parents. Have you obtained a certificate of citizenship in your own name?
[ ] Yes. Give certificate number, date and place of issuance.   [ ] No

**14a. If you are a lawful permanent resident alien, complete the following:** Date and place of admission for, or adjustment to, lawful permanent residence and class of admission.
N/A

**14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?**
[ ] Yes   [x] No

**13. Has your relative e...**   [ ] No

**14. If your relative is c...**
He or she arrived a... as:   Student
(visitor, student, stowaway, without inspection, etc.)

**Arrival/Departure Record (I-94)**   **Date arrived (Month/Day/Year)**
2 4 2 8 5 6 8 3 7 0 7   08/10/1999

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95 9/30/2004

**15. Name and address of present employer (if any)**
ACTEL Corp. 2061 Stierlin Ct. Mountain View California USA

Date this employment began (Month/Day/Year) 8/1/2001

**16. Has your relative ever been under immigration proceedings?**
[x] No   [ ] Yes   Where _____   When _____
[ ] Removal   [ ] Exclusion/Deportation   [ ] Recission   [ ] Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED: Rec'd | Sent | COMPLETED: Appv'd | Denied | Ret'd |
|---|---|---|---|---|---|---|

Form I-130 (Rev. 03/19/02) Y

## C. Information about your alien relative (continued)

**17. List husband/wife and all children of your relative.**

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| Melissa Christine GIBSON | Wife | 25 May 1970 | U.S.A. |
| | | | |
| | | | |
| | | | |

**18. Address in the United States where your relative intends to live.**

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| 4660 Hampton Falls Place | San Jose | California |

**19. Your relative's address abroad.** (Include street, city, province and country)

No. 29, 7th Golestan Pasdaran St., Tehran, Iran                                        Phone Number (if any)

**20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.**

| (Name) | Address (Include street, city, province and country): | — |
|---|---|---|
| N/A | | |

**21. If filing for your husband/wife, give last address at which you lived together.** (Include street, city, province, if any, and country):

| | From:<br>(Month) (Year) | To:<br>(Month) (Year) |
|---|---|---|
| 4660 Hampton Falls Place | | |
| San Jose California USA 95136 | Aug   2003 | Present |

**22. Complete the information below if your relative is in the United States and will apply for adjustment of status**

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the office of the Immigration and

and Naturalization Service in San Jose                          California                          . If your relative is not eligible for adjustment of status, he or she
                                    (City)                              (State)

will apply for a visa abroad at the American consular post in  N/A                                          N/A
                                                          (City)                                      (Country)

NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other information

**1. If separate petitions are also being submitted for other relatives, give names of each and relationship.**

N/A

**2. Have you ever filed a petition for this or any other alien before?** ☐ Yes ☒ No
If "Yes," give name, place and date of filing and result.

**WARNING:** INS investigates claimed relationships and verifies the validity of documents. INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**PENALTIES:** By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 and imprisoned for up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

## E. Signature of petitioner.

Date  9-17-03   Phone Number (408) 979-1514

## F. Signature of person preparing this form, if other than the petitioner.

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

| Print Name | Frances S. Delafuente | Signature | | Date |
|---|---|---|---|---|

| Address | Two S. Biscayne Blvd., 3500 Miami FL 33131 USA   G-28 ID or VOLAG Number, if any. |
|---|---|

| (Family name)<br>GIBSON | (First name)<br>Melissa | | (Middle name)<br>Christine | ☐ MALE<br>☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.)<br>05/25/1970 | NATIONALITY<br>USA | | FILE NUMBER<br>A N/A |
|---|---|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages)<br>None | CITY AND COUNTRY OF BIRTH<br>Dallas U.S.A. | SOCIAL SECURITY NO.<br>(if any) 463615523 |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|---|---|
| FATHER | Gibson | Lavelle | Oct 11 1939 Dallas USA | San Jose, California |
| MOTHER (Maiden name) | Gibson | Sharon | Feb 21 1943 Louisville USA | San Jose, California |

| HUSBAND (If none, so state)<br>OR<br>WIFE | FAMILY NAME<br>(For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| Husband | RAZAVI | Babak | 02/14/1973 | Tehran Iran | 8/21/2003 | Florida |

| FORMER HUSBANDS OR WIVES (if none, so state)<br>FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|
| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | MONTH | YEAR | MONTH | YEAR |
| 4660 Hampton Falls Place | San Jose | CA | USA | June | 1998 | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|
| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | MONTH | YEAR | MONTH | YEAR |
| N/A | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| | | FROM | | TO | |
|---|---|---|---|---|---|
| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | MONTH | YEAR | MONTH | YEAR |
| Palo Alto Medical Foundation, 3200 Kearney St., Fremont CA 94538 | Clinical Dietitian | Dec | 2000 | PRESENT TIME | |
| Kaiser Permanente, 276 International Circle, San Jose CA - 95119 | Clinical Dietitian | Jun | 1997 | Sep | 2003 |
| | | | | | |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | | |
|---|---|---|---|---|---|---|

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR<br>☐ NATURALIZATION    ☐ OTHER (SPECIFY):<br>☒ STATUS AS PERMANENT RESIDENT | SIGNATURE OF APPLICANT | DATE<br>9-17-03 |
|---|---|---|

Submit both copies of this form.

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## APPLICANT
BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name)<br>GIBSON | (Given name)<br>Melissa | (Middle name)<br>Christine | (Alien registration number)<br>N/A |
|---|---|---|---|



(1) Ident.

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066
**BIOGRAPHIC INFORMATION**

| (Family name) GIBSON | (First name) Melissa | (Middle name) Christine | ☐ MALE ☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 05/25/1970 | NATIONALITY USA | FILE NUMBER A N/A |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) None | CITY AND COUNTRY OF BIRTH Dallas U.S.A. | SOCIAL SECURITY NO. (If any) 463615523 |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|---|---|
| FATHER | Gibson | Lavelle | Oct 11 1939 Dallas USA | San Jose, California |
| MOTHER (Maiden name) | Gibson | Sharon | Feb 21 1943 Louisville USA | San Jose, California |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| Husband | RAZAVI | Babak | 02/14/1973 | Tehran Iran | 8/21/2003 | Florida |

| FORMER HUSBANDS OR WIVES (if none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 4660 Hampton Falls Place | San Jose | CA | USA | June | 1998 | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| Palo Alto Medical Foundation, 3200 Kearney St., Fremont CA 94538 | Clinical Dietitian | Dec | 2000 | PRESENT TIME | |
| Kaiser Permanente, 276 International Circle, San Jose CA - 95119 | Clinical Dietitian | Jun | 1997 | Sep | 2003 |
| | | | | | |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | | |
|---|---|---|---|---|---|---|

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION   ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT | *[signature]* | 9-17-03 |

Submit both copies of this form.

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS. WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT

BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN
THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) GIBSON | (Given name) Melissa | (Middle name) Christine | (Alien registration number) N/A |
|---|---|---|---|

| (OTHER AGENCY USE) | INS USE (Office of Origin) OFFICE CODE: TYPE OF CASE: DATE: |
|---|---|

Form G-325 (Rev. 09/11/00)Y Page 2



EXHIBIT E

U.S. Department of Justice

Immigration and Naturalization Service

AUTHORIZATION FOR PAROLE OF AN ALIEN
INTO THE UNITED STATES

| Name of Alien | (First) | (Middle) | (Last) | | Date  10/07/2003 |
|---|---|---|---|---|---|
| | *Babak* | *RAZAVI* | | | File Number  *A 96 383 889* |

| Date of Birth (Month) (Day) (Year)  *02/14/73* | | Place of Birth | (City or town) | (State or province) | (Country)  *IRAN* |
|---|---|---|---|---|---|

| U.S. Address  (Apt. number and/ or in care of)  *4660 HAMPTON FALLS PL* | (Number and street)  *SAM JOSE, CA    95136* | (City or town) | (State) | (ZIP Code) |
|---|---|---|---|---|

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to _____*October 6, 2004*_____ will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

☒ as an alien paroled pursuant to section 212(d)(5) of the Immigration and Nationality Act.

☒ "A" NUMBER MAY NOT APPEAR IN CIS DUE TO ADJUSTMENT BACKLOG.

Remarks:        MULTIPLE ENTRIES - VALID UNTIL October 6, 2004.

Applicant for adjustment of status Section 245.  Parole indefinitely authority OI 212.5(c)(3)."This will permit you to resume your AOS application for adjustment of status on your return to the USA".IF YOUR APPLICATION IS DENIED YOU WILL BE SUBJECT TO REMOVAL PROCEEDINGS UNDER THE Immigration and Nationality Act.

If you depart the United States and you have been unlawfully present in the United States for more than 180 days before filing for the adjustment of status, you may be found inadmissable and ineligible for adjustment of status upon your return to the United States under Section 212(a)(9)(B) of the INA.

DAVID N. STILL    DISTRICT DIRECTOR                    SAN JOSE,    CA
(Signature of Immigration Officer)                              (Authorizing Office )



ARRIVAL STAMP

Form I-512 (Rev. 10-1-82) Y

TO ALIEN

# Case Status Search

Receipt Number:    WAC0401452611

Application Type:    I181, CREATION OF RECORD OF LAWFUL PERMANENT RESIDENCE

Current Status:
Case received and pending.

On October 21, 2003, we received this I181 CREATION OF RECORD OF LAWFUL
PERMANENT RESIDENCE, and mailed you a notice describing how we will process your case.
Please follow any instructions on this notice. We will notify you by mail when we make a decision
or if we need something from you. If you move while this case is pending, call customer service.
We process cases in the order we receive them. You can use our processing dates to estimate
when yours will be done. This case is at our CALIFORNIA SERVICE CENTER location. Follow
the link below to check processing dates. You can also receive automatic e-mail updates as we
process your case. Just follow the link below to register.

_____

If you have a question about case status information provided via this site, or if you have not
received a decision from USCIS within the current processing time listed, please contact the
USCIS Customer Service at (800) 375   5283 or 1-800-767-1833 (TTY).

EXPORT LICENSE D312022
    VALIDATED: DEC 30 2003
    EXPIRES:   DEC 31 2005



UNITED STATES DEPARTMENT OF COMMERCE
BUREAU OF INDUSTRY AND SECURITY
P.O. Box 273, Ben Franklin Station
Washington, DC 20044

---------------------------------------------------------------------------

THIS LICENSE AUTHORIZES THE LICENSEE TO CARRY OUT THE EXPORT TRANSACTION
DESCRIBED ON THE LICENSE (INCLUDING ALL ATTACHMENTS). IT MAY NOT BE
TRANSFERRED WITHOUT PRIOR WRITTEN APPROVAL OF THE OFFICE OF EXPORT
LICENSING. THIS LICENSE HAS BEEN GRANTED IN RELIANCE ON REPRESENTATIONS
MADE BY THE LICENSEE AND OTHERS IN CONNECTION WITH THE APPLICATION FOR EXPORT
AND IS EXPRESSLY SUBJECT TO ANY CONDITIONS STATED ON THE LICENSE, AS WELL AS
ALL APPLICABLE EXPORT CONTROL LAWS, REGULATIONS, RULES, AND ORDERS. THIS
LICENSE IS SUBJECT TO REVISION, SUSPENSION, OR REVOCATION WITHOUT PRIOR NOTICE.

APPLICANT REFERENCE NUMBER: ACT0021

ACTEL CORPORATION                      PURCHASER:
2061 STIERLIN CT.
MOUNTAIN VIEW, CA 94043

ULTIMATE CONSIGNEE:                    INTERMEDIATE CONSIGNEE:
BABAK RAZAVI
4660 HAMPTON FALL PLACE
SAN JOSE, CA, IRAN

APPROVED END USER(S):

COMMODITIES:                                                      TOTAL
       QTY DESCRIPTION                                  ECCN      PRICE

        1 MODEL: FPGA'S, FIELD PROGRAMMABLE GATE        3E001       $1
          ARRAYS UNDER 3A001A AND COVERED UNDER CCATS
          G027007, G023652, G023653, G023603, G023654
          AND G023655 AS ATTACHED WITH THE LETTER OF
          EXPLANATION AND RESUME.

                                               TOTAL:              $1

THE EXPORT ADMINISTRATION REGULATIONS REQUIRE YOU TO TAKE THE FOLLOWING ACTIONS
WHEN EXPORTING UNDER THE AUTHORITY OF THIS LICENSE.

    A. RECORD THE EXPORT COMMODITY CONTROL NUMBER IN THE BLOCK
       PROVIDED ON EACH SHIPPER'S EXPORT DECLARATION (SED).

    B. RECORD YOUR VALIDATED LICENSE NUMBER IN THE BLOCK
       PROVIDED ON EACH SED.

    C. PLACE A DESTINATION CONTROL STATEMENT ON ALL BILLS OF LADING,
       AIRWAY BILLS, AND COMMERCIAL INVOICES.



EXPORT LICENSE D312022
    VALIDATED: DEC 30 2003
    EXPIRES:   DEC 31 2005



UNITED STATES DEPARTMENT OF COMMERCE
BUREAU OF INDUSTRY AND SECURITY
P.O. Box 273, Ben Franklin Station
Washington, DC 20044

-----------------------------------------------------------------------------

RIDERS AND CONDITIONS:

1. 1. THE EXPORT OF 3E001 CONTROLLED TECHNOLOGY THROUGH THE EMPLOYMENT
OF BABAK RAZAVI, AS A SENIOR APPLICATIONS ENGINEER, IS AUTHORIZED TO
PROVIDE ADVANCED TECHNICAL SUPPORT TO ACTEL'S CUSTOMERS, AS REQUESTED
IN THE LICENSE APPLICATION.     2. ACTEL CORPORATION WILL MAINTAIN
RECORDS OF WHEN THE FOREIGN NATIONAL ARRIVES AND LEAVES THE FOLSOM,
CALIFORNIA TRAINING SITE AND THE DATE THAT THE FOREIGN NATIONAL
LEAVES    THE COMPANY. RECORDS  SHALL BE MAINTAINED ON FILE AND
PROVIDED AND  PROVIDED UPON REQUEST TO THE DEEMED EXPORTS AND SHORT
SUPPLY DIVISION, BUREAU OF INDUSTRY AND SECURITY, 14TH      ST AND
PENNSYLVANIA AVENUE N. W, WASHINGTON, DC., 20230. 3. ANY ACTIVITY
THAT MAY LEAD TO POSSIBLE DISCLOSURE OF U.S.GOVERNMENT CLASSIFIED
INFORMATION WOULD BE THE SUBJECT OF ADDITIONAL GOVERNMENT REVIEW
AND MUST BE    APPROVED BY THE U.S. GOVERNMENT IN ADVANCE.    4. THE
ACTEL CORPORATION SHALL SUBMIT ANOTHER EXPORT LICENSE APPLICATION IF
THE       FOREIGN NATIONAL'S DUTIES REQUIRE ACCESS TO CONTROLLED
TECHNOLOGIES OTHER  THAN THOSE AUTHORIZED BY THIS LICENSE.  5. NO
ACCESS TO TECHNOLOGY FOR THE DESIGN, DEVELOPMENT, OR PRODUCTION OF
X-RAY, E-BEAM, EUV, OR LASER LITHOGRAPHY EQUIPMENT. PRODUCTION
TECHNOLOGY FOR INTEGRATED CIRCUITS INVOLVING THE USE OF SUCH
EQUIPMENT IS LIMITED TO THE MINIMUM REQUIRED TO ENABLE DESIGN
ENGINEERS TO COORDINATE WITH PROCESS ENGINEERS ON CIRCUIT LAYOUT
DESIGN/DESIGN RULES AND LITHOGRAPHYDESIGN, INCLUDING MASK FEATURES,
TO ACHIEVE PROCESS/PRODUCTION COMPATIBILITY.  6. ACCESS IS LIMITED TO
MOS TECHNOLOGY,   INCLUDING BI-POLAR, BI-MOS, BI-CMOS, AND CMOS.
ACCESS TO COMPOUND SEMICONDUCTOR TECHNOLOGY   (E.G. GALLIUM ARSENIDE
(GAAS), SILICON ON INSULATOR (SOI)), AND  SILICON-ON-SAPPHIRE (SOS)
IS NOT AUTHORIZED.  7. ACCESS TO RADIATION HARDENED INTEGRATED
CIRCUITS AND SOFTWARE  AND TECHNOLOGY ASSOCIATED WITH THEIR
DEVELOPMENT AND PRODUCTION,  AS DEFINED IN ECCNS 3A001.A.1, 3D001,
AND 3E001, IS NOT AUTHORIZED. 8. NO ACCESS TO TECHNOLOGY "REQUIRED"
FOR THE DESIGN OR DEVELOPMENT OF   ANALOG-TO-DIGITAL CONVERTERS
CONTROLLED BY 3A001.A.5.A.3.  9. THE APPLICANT CAN RELEASE TO THE
FOREIGN NATIONALTECHNICAL DATA REQUIRED FOR THE DESIGN, DEVELOPMENT,
AND PRODUCTION OF "CONTROLLED MICROPROCESSORS" WITH A MINIMUM
FEATURE, SIZE NOT LESS THAN .010 MICRONS. NOTE: "CONTROLLED
MICROPROCESSORS"  ARE THOSE SUBJECT TO CONTROL FOR NATIONAL SECURITY
REASONS AS SET   FORTH UNDER ECCN 3A001.A.3 OF THE COMMERCE CONTROL
LIST.  10. USE OF COMPUTERS WITH A CTP ABOVE THE CURRENT TIER III
MTOPS  LEVELS MUST BE CONTROLLED AND MONITORED TO ENSURE THAT ONLY
JOB RELATED WORK IS PERFORMED. 11. NO ACCESS TO TECHNOLOGY CATEGORIES
4 AND 5.  12. THE APPLICANT SHALL INFORM THE FOREIGN NATIONAL IN
WRITING OF ALL LICENSE CONDITIONS. 13. THE ACTEL CORPORATION WILL
ESTABLISH PROCEDURES TO ENSURE COMPLIANCE WITH THE CONDITIONS OF THIS
LICENSE, PARTICULARLY THOSE REGARDING LIMITATIONS    ON ACCESS TO
TECHNOLOGY BY FOREIGN NATIONALS  . THE APPLICANT'S KEY EXPORT CONTROL
MANAGEMENT  OFFICIALS WILL ENSURE THAT THE FOREIGN NATIONAL COMPLIES
WITH CONDITIONS 1-12. A COPY OF SUCH PROCEDURES WILL BE PROVIDED TO
DOC/BIS.

EXPORT LICENSE D312022
    VALIDATED: DEC 30 2003
    EXPIRES:    DEC 31 2005



UNITED STATES DEPARTMENT OF COMMERCE
BUREAU OF INDUSTRY AND SECURITY
P.O. Box 273, Ben Franklin Station
Washington, DC 20044

----------------------------------------------------------------

2. THE ITEMS AUTHORIZED FOR EXPORT BY THIS LICENSE/AUTHORIZATION ARE NOT
   TO BE USED BY NUCLEAR END USERS OR FOR NUCLEAR END USES. (SEE PART
   744.2 OF THE EXPORT ADMINISTRATION REGULATIONS)

## ADJUSTMENT OF STATUS NOTICE

DATE: _____ FEB - 4 2004 _____

YOUR ALIEN REGISTRATION No.:

_____ 96  383  889 _____

Riding With _____

Dear Applicant: Babak Rosari

Your application for permanent resident status is pending for the reason(s) checked below:

INQUIRIES WILL NOT BE ACCEPTED UNTIL 120 DAYS AFTER YOUR INTERVIEW. No response will be given if submitted prior to the 120 days. Inquiries may be submitted in one of the following manners:

WALK-IN OR DROP OFF INQUIRY:      OR      MAIL

INFORMATION UNIT LOBBY

1887 Monterey Road, San Jose, CA

SERVICE HOURS: Mon., Tues., Wed. and Fri. - 7:00 AM – 3:00 PM

Thurs. – 7:00 AM – 12:00 NOON

Bureau of Citizenship & Immigration Services

ATTN: AOS INQUIRIES

1887 Monterey Road

San Jose, CA 95112

NOTE: Please bring this notice with you if you come to the office. Please include a copy of this notice with any correspondence.

[X] A required background check has been initiated; however, a response is still pending for
     [X] you    ☐ your spouse   ☐ your child(ren): _____.

☐ According to this month's visa bulletin, a visa number is not currently available for you. It is recommended that you call the State Department's Visa Bulletin telephone number, (202) 663-1541, on a monthly basis to determine when a visa number will become available. Your category is:_____
Country of Chargeability:_____ Priority Date _____. *When a visa number is available, you should MAIL a copy of this notice to: B.C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.*

☐ The Service has determined that there is another immigration file that must be obtained and reviewed before your case can be completed.

☐ You will be advised of the time and date of a second interview. *If you have not heard anything from us within six months from the above date, you may inquire concerning your case in Room 219, Window 2.*

☐ An additional review of your case is required before a determination can be made as to your eligibility.

☐ Asylum Adjustment visa numbers are NOT available until October 1st of each year. If you have not heard anything by December 1st of that year, mail a copy of this notice to:
B.C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.

☐ Please follow the instructions on Form I-72. You must submit all requested documents within 90 days. Additional time may not be granted (see 8 CFR 103.2(b)(8)).

DAO _____ R.POSSENTINI _____          ☐    Attorney Notified

WR-§30    (SNJ) 2210     (IREV. 06/05/03)

EXHIBIT G

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510–0505
(202) 224–3553
http://boxer.senate.gov/contact

November 16, 2006

Mr. Babak Razavi
6355 Felder Drive
San Jose, California 95123

Dear Mr. Razavi:

Enclosed please find the correspondence Senator Boxer received from the Federal Bureau
of Investigation in response to her inquiry on your behalf.

I hope this information is of assistance to you.

Sincerely,

Lucia C. Macias
Constituent Representative

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403–0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894–5000

501 'I' STREET
SUITE 7–600
SACRAMENTO, CA 95814
(916) 448–2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497–5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239–3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888–8525

EXHIBIT

PRINTED ON RECYCLED PAPER

## Macias, Lucia (Boxer)

**From:**

**Sent:**    Thursday, November 16, 2006 2:45 PM

**To:**    Macias, Lucia (Boxer)

**Subject:** Name Check Status

Dear Lucia Macias:

I am responding to your facsimile inquiry received October 12, 2006, concerning the name check status of Mr. Babak Razavi for immigration purposes.

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning this individual revealed that a request was received from the United States Citizenship and Immigration Services (USCIS) on October 30, 2003, and is currently in a pending status.

The FBI is sensitive to the impact of the delays in processing name check requests. At the same time, the consequence of the FBI's mission on homeland security requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, please be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituent.

Sincerely,

Michael A. Cannon
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation

**ZOE LOFGREN**
16TH DISTRICT, CALIFORNIA

**COMMITTEE ON THE JUDICIARY**
SUBCOMMITTEE ON COURTS, THE INTERNET
AND INTELLECTUAL PROPERTY
SUBCOMMITTEE ON IMMIGRATION,
BORDER SECURITY, AND CLAIMS

**COMMITTEE ON SCIENCE**
SUBCOMMITTEE ON ENVIRONMENT, TECHNOLOGY
AND STANDARDS
SUBCOMMITTEE ON RESEARCH

**SELECT COMMITTEE ON HOMELAND SECURITY**
SUBCOMMITTEE ON CYBERSECURITY, SCIENCE AND
RESEARCH & DEVELOPMENT, **RANKING MEMBER**
SUBCOMMITTEE ON RULES

## Congress of the United States
### House of Representatives
#### Washington, DC 20515–0516

PLEASE RESPOND TO:

☐ 102 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-3072
(202) 225-3336 (FAX)

☐ 635 NORTH FIRST STREET
SUITE B
SAN JOSE, CA 95112
(408) 271-8700
(408) 271-8713 (FAX)

☐ zoe.lofgren@mail.house.gov
www.house.gov/lofgren

November 21, 2006

Mr. Babak Razavi
6355 Felder Drive
San Jose, CA 95123

Dear Mr. Razavi:

Recently, I received a reply from the Federal Bureau of Investigation (FBI) in response to our inquiry on your behalf concerning a pending FBI name check.

According to the FBI:

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning BABAK RAZAVI revealed that a request was received from the United States Citizenship and Immigration Services on October 30, 2003, and is currently in a pending status.

The FBI is sensitive to the impact of the delays in processing name check requests. At the same time, the consequence of the FBI's mission on homeland security requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, please be assured that the results will be made available to the immigration authorities as quickly as possible.

You can directly check your pending status with the FBI at any time by emailing your name, date of birth and A-number to: fbinncp@ic.fbi.gov.

Please do not hesitate to call Jim Nguyen, who has been assisting me with your case, if you find the information from the FBI is unclear. He can be reached at (408) 271-8700.

I am pleased that my office was able to make this inquiry on your behalf. Please do not hesitate to contact me again should you need assistance in the future on this or any other federal matter.

Sincerely,

Zoe Lofgren
Member of Congress

ZL:jn

U.S. Department of Homeland Security
USCIS
1887 Monterey Road
San Jose,CA 95112



U.S. Citizenship
and Immigration
Services

Tuesday, March 13, 2007

BABAK RAZAVI
6355 FELDER DRIVE
SAN JOSE CA 95123

Dear BABAK RAZAVI:

On 03/13/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | RAZAVI, BABAK |
| **Your USCIS Account Number (A-number):** | A096383889 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

EXHIBIT I



*U.S. Department of Homeland Security*
*San Jose Citizenship and Immigration Services*
*1887 Monterey Road*
*San Jose, CA 95112*

*To serve you more efficiently we are replying to your letter by this informal method*
*enabling a more prompt response. We trust you will agree that a faster response is more*
*important than formality. No record has been made of this correspondence and should*
*you write again concerning the same matter, please return the attached correspondence.*

Razavi, Babak                                          Alien Number: 096-383-889
6355 Felder Drive
San Jose, CA 95123                                     Date: June 8, 2007

Ref: I-485/WAC0401452611

Dear Applicant:

The processing of your case has been delayed. A check of our records establishes that your case
is not yet ready for decision, as the required investigation into your name check remains open.

Until the name checks investigation is completed, we cannot move forward on your case. These
name checks are required to be completed on all applicants who apply for the immigration
benefit you are seeking. We will make every effort to make a decision on this case as soon as the
name checks are complete. If you do not receive a decision or other notice of action from us
within 6 months of this letter, please contact us by calling our customer service number (1-800-
375-5283).
Please complete the attached inquiry form if you want to change your address on our system.

Sincerely,
Information Unit/PH
Citizenship & Immigration Services
1887 Monterey Rd
San Jose CA 95112

M-180 (Rev. 10-15-75)Y



Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

Print This Page      Back

# U.S. Citizenship and Immigration Services
## San Jose CA Processing Dates
## Posted August 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

#### What if I have a problem or have questions about a case?

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?



One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Jose CA** Posted August 15, 2007

| Form | Form Name | Processing Timeframe: |
|---|---|---|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | 3 Months |
| I-600A | Application for Advance Processing of Orphan Petition | 3 Months |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | December 07, 2006 |
| N-600 | Application for Certification of Citizenship | January 25, 2007 |

Print This Page     Back

**09-10-2007 12:53 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

1

## PROOF OF SERVICE BY MAIL

2

I, Beth Feinberg, the undersigned, say:

3

I am over the age of eighteen years and not a party to the within action or proceedings; my

4

business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth

5

Floor, San Francisco, CA 94104.

6

On September 14, 2007, I caused to be served the within:

7

### Declaration of Christine Brigagliano

8

### in Support of Petition for Writ of Mandamus

9

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with

10

postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at

11

San Francisco, California, addressed as follows:

12

13

Office of the United States Attorney
Northern District of California
450 Golden Gate Ave.
Tenth Floor, Box 36055
San Francisco, CA 94102

14

15

Executed on September 14, 2007, at San Francisco, California. I declare under penalty of

16

perjury, under the laws of the State of California that the foregoing is true and correct.

17

18

Beth Feinberg
Declarant

19

20

21

22

23

24

25

26

27

28