## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | October 31, 2007 |

| Name of SERVER | TITLE |
|---|---|
| Ana Portilla | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): On September 14, 2007, Summons was served by U.S. Certified Mail on the following: Civil Process Clerk, Office of the U.S. Attorney, 450 Golden Gate Ave., 10th Floor, Box 36055, San Francisco, CA 94102; Frank Siciliano, Officer in charge, USCIS, DHS, 1887 Monterey Road, San Jose, CA 95122; Rosemary Melville, District Director, USCIS, 630 Sansome St., San Francisco, CA 94111; Emilio T. Gonzalez, Director, DHS, Washington, DC 20528; Alberto Gonzales, Attorney General, USDOJ, 950 Pennsylvania Ave., NW, Washington, DC 20530; Robert S. Mueller III, Director, FBI, 935 Pennsylvania Ave., NW, Washington, DC 20535

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     October 31, 2007
                Date

Signature of Server

Address of Server
Van Der Hout, Brigagliano
& Nightingale
180 Sutter St. 5th Floor
San Francisco, CA 94104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.