SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BABAK RAZAVI,<br>MELISSA GIBSON,<br><br>          Plaintiffs,<br><br>    v.<br><br>FRANK SICILIANO, in his Official Capacity,<br>Officer in Charge, U.S. Citizenship and<br>Immigration Services, U.S. Department of<br>Homeland Security, San Jose, California, *et al.*,<br><br>          Defendants. | No. C 07-4750 JF<br><br>**STIPULATION TO EXTEND DATES<br>AND [PROPOSED] ORDER** |

    The Plaintiffs, by and through their attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiffs filed this action September 14, 2007, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate Plaintiff Razavi's I-485 application.

    2. On December 14, 2007, the United States Citizenship and Immigration Services granted Plaintiff Razavi's application.

    3. Plaintiffs intend to dismiss their complaint upon receipt of Plaintiff Razavi's alien registration card.

    4. In light of the reasonable possibility that this case may soon be moot, the parties respectfully ask this Court extend the dates in the Court's scheduling order as follows:

Stipulation to Extend
C07-4750 JF                                      1

| | | |
|---|---|---|
| 1 | Last day to file Joint ADR Certification: | February 15, 2008 |
| 2 | Last day to file/serve Joint Case Management Statement: | February 29, 2008 |
| 3 | Case Management Conference: | March 7, 2008 at 10:30 a.m. |

Date: December 17, 2007                              Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney

                                                /s/
                                                MELANIE L. PROCTOR
                                                Assistant United States Attorney
                                                Attorneys for Defendants

Date: December 14, 2007                              /s/
                                                BETH FEINBERG
                                                Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

                                                JEREMY FOGEL
                                                United States District Judge