JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BABAK RAZAVI, MELISSA GIBSON, <br><br> Plaintiffs, <br><br> v. <br><br> FRANK SICILIANO, in his Official Capacity, Officer in Charge, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, San Jose, California, *et al.*, <br><br> Defendants. | No. C 07-4750 JF <br><br> **STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)** |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff Razavi's application for adjustment of status.

///

///

///

///

///

///

STIPULATION TO DISMISS
C07-4750 JF                                1

1  Each of the parties shall bear their own costs and fees.

2  Date: February 6, 2008                              Respectfully submitted,

3                                                      JOSEPH P. RUSSONIELLO
                                                       United States Attorney

4

5                                                      _____/s/_____
                                                       MELANIE L. PROCTOR[1]
6                                                      Assistant United States Attorney
                                                       Attorneys for Defendants

7

8
                                                       _____/s/_____
9  Date: February 6, 2008                              BETH FEINBERG
                                                       Attorney for Plaintiffs

10

11

12

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.